IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE A. THOMAS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-1282 |
| v. | : | |
| DOUGLAS SCHLEGEL, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of February, 2015, after considering the motion to dismiss the complaint filed by the defendant, Magisterial District Judge Douglas Schlegel, (Doc. No. 6), the response in opposition to the motion to dismiss filed by the plaintiff, Dale Thomas, (Doc. No. 12), the reply brief filed by the defendant (Doc. No. 13), and the surreply filed by the plaintiff (Doc. No. 14); and after hearing oral argument from the parties; and after reviewing the complaint and the exhibits attached thereto (Doc. No. 1), it is hereby **ORDERED** that the motion to dismiss (Doc. Nos. 6) is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
EDWARD G. SMITH, J.